AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HAMILTON, CLYDE H. | 2. Court or Organization<br><br>US COURT OF APPEALS - 4TH CIR. | 3. Date of Report<br><br>03/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE-Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>BANK OF AMERICA PLAZA<br>1901 MAIN ST., SUITE 1250<br>COLUMBIA, SC 29201-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAR 12 P 3: 21 FINANCIAL DISCLOSURE OFFICE

Hamilton_Clyde_H

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/21/08 | Refund on 2007 Federal Income Tax Return | $6,253.00 |
| 2. 03/26/08 | Refund on 2007 Income Tax Return: State of South Carolina | $1,231.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) Salary, Director's Fees and Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. SCDTAA (South Carolina Defense Trial Attorneys' Association) | Nov. 13-16, 2008 | Amelia Island, Florida | Education | Meals, Hotel, Receptions |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Wachovia Securities -- Self-directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | | | Sold | 05-09 | J | | No gain. |
| 8. | | | | | | | | | |
| 9. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 12. | | | | | | | | | |
| 13. AMERICAN NATIONAL INSURANCE CO. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 14. | | | | | | | | | |
| 15. REGIONS FINANCIAL CORP. | A | Dividend | | | Sold | 09-30 | J | | No gain. |
| 16. (common stock) | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. CITIGROUP, INC. (common stock) | | None | | | Sold | 01-04 | J | | No gain. |
| 21. | | | | | | | | | |
| 22. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | K | T | Buy (add'l) | 10-13 | K | | |
| 23. | | | | | | | | | |
| 24. PROCTOR & GAMBLE CO. (common stock) | A | Dividend | K | T | | | | | |
| 25. | | | | | | | | | |
| 26. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 27. | | | | | | | | | |
| 28. JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | Buy (add'l) | 12-08 | K | | |
| 29. | | | | | | | | | |
| 30. LIBERTY PROPERTY REIT TRUST | A | Dividend | | | Sold | 10-01 | J | B | |
| 31. | | | | | | | | | |
| 32. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | | | | | |
| 36. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | Spin-off | 03-28 | J | | No gain. See below. |
| 39. Companies) (common stock) | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. Philip Morris International, Inc. (common stock) | A | Dividend | J | T | Spinoff (from line 38) | 03-28 | J | | See above. |
| 42. | | | | | | | | | |
| 43. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. UST, INC. (common stock) | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. VORNADO REALTY REIT TRUST | A | Dividend | | | Sold | 10-01 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. FPL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. FEDEX CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. CARDINAL HEALTH, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 58. | | | | | | | | | |
| 59. INTERNATIONAL GAME TECHNOLOGY (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 60. | | | | | | | | | |
| 61. MCGRAW-HILL COMPANIES, INC. (common stock) | A | Dividend | | | Sold | 10-01 | K | | No gain. |
| 62. | | | | | | | | | |
| 63. PFIZER INCORPORATED (common stock) | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. CONOCOPHILLIPS (common stock) | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. NUCOR CORP. (common stock) | A | Dividend | | | Sold | 09-28 | K | D | |
| 72. | | | | | | | | | |
| 73. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. STAPLES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. WASTE MGMT INC DEL (common stock) | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. (NEW BUYS 2008) | | | | | | | | | |
| 84. WACHOVIA CORPORATION (common stock) | A | Dividend | | | Buy | 01-22 | K | | |
| 85. | | | | | Buy (add'l) | 03-06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10-01 | J | | No gain. |
| 87. | | | | | | | | | |
| 88. MARKET VECTOR GOLD MINERS (common stock) | | None | K | T | Buy | 12-30 | K | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. END PORTFOLIO I -- | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. WACHOVIA CORPORATION NEW (common stock) | D | Dividend | J | T | Sold (part) | 10-02 | J | | No gain. |
| 94. | | | | | | | | | |
| 95. BANK OF AMERICA CORPORATION (personal checking account) | A | Interest | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. SIMCOM INTERNATIONAL HOLDINGS, INC. - Series AA Convertible | | None | J | W | | | | | |
| 98. Preferred Stock | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (formerly | | | | | | | | | |
| 101. THE MANUFACTURERS LIFE INSURANCE COMPANY) | B | Interest | K | T | | | | | |
| 102. (UNIVERSAL LIFE INSURANCE POLICY) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. PORTFOLIO II -- | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 107. | | | | | | | | | |
| 108. ZIMMER HOLDINGS, INC. (common stock) | | None | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. DEUTSCHE BANK AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 111. | | | | | | | | | |
| 112. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. GENERAL ELECTRIC CO. (common stock) | A | Dividend | K | T | Buy (add'l) | 06-09 | K | | |
| 115. | | | | | | | | | |
| 116. 3-M CO. (common stock) | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | Spin-off | 03-28 | J | | No gain. See below. |
| 119. Companies, Inc.) (common stock) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Philip Morris International, Inc. (common stock) | A | Dividend | J | T | Spinoff (from line 118) | 03-28 | J | | See above. |
| 122. | | | | | | | | | |
| 123. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | Buy (add'l) | 07-23 | J | | |
| 124. | | | | | | | | | |
| 125. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. BANK OF AMERICA CORPORATION (common stock) | A | Dividend | K | T | Buy (add'l) | 10-13 | K | | |
| 128. | | | | | | | | | |
| 129. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 132. | | | | | | | | | |
| 133. BP PLC SPONSORED ADR (common stock) | A | Dividend | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | | 04-01 | J | | Spin-Off. No gain. |
| 136. | | | | | | | | | See below. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fairpoint Communications, Inc. (common stock) | | None | | | Spinoff (from line 135) | 04-01 | J | | See above. |
| 138. | | | | | Sold | 07-23 | J | | No gain. |
| 139. | | | | | | | | | |
| 140. CHEVRON CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 141. | | | | | | | | | |
| 142. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | J | T | | | | | |
| 145. (Preferred Convertible Stock) | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. TYCO INTERNATIONAL LTD. (formerly Tyco | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 148. International Ltd. New) (common stock) | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. COVIDIEN LTD. (common stock) | A | Dividend | J | T | Buy (add'l) | 07-23 | J | | |
| 151. | | | | | | | | | |
| 152. TYCO ELECTRONICS, LTD. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CLOROX COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 155. | | | | | | | | | |
| 156. FEDEX CORP. (common stock) | A | Dividend | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. LA POLLA INDUSTRIES, INC. (common stock) | | None | | | Sold | 05-08 | J | | No gain. |
| 159. | | | | | | | | | |
| 160. DEVON ENERGY CORP. CONV. SUB D EB CPN 4.950% DUE 8/15/08 | A | Distribution | | | Redeemed | 05-09 | J | C | |
| 161. | | | | | | | | | |
| 162. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 165. | | | | | | | | | |
| 166. CARDINAL HEALTH, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 167. | | | | | | | | | |
| 168. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 169. | | | | | | | | | |
| 170. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. CITADEL BROADCASTING CORP. (common stock) | | None | | | Sold | 07-23 | J | | No gain. |
| 173. | | | | | | | | | |
| 174. PATTERSON COMPANIES, INC. (common stock) | | None | | | Sold | 10-01 | J | A | |
| 175. | | | | | | | | | |
| 176. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 179. | | | | | | | | | |
| 180. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 181. | | | | | | | | | |
| 182. TRANSOCEAN, INC. NEW (common stock) | | None | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | Buy (add'l) | 12-08 | J | | |
| 185. | | | | | | | | | |
| 186. STAPLES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. WESTERN UNION CO. (common stock) | A | Dividend | J | T | | | | | |
| 189. | | | | | | | | | |
| 190. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 191. | | | | | | | | | |
| 192. METLIFE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 193. | | | | | | | | | |
| 194. HALLIBURTON COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 197. | | | | | | | | | |
| 198. SCHWAB CHARLES CORP. NEW (common stock) | A | Dividend | K | T | | | | | |
| 199. | | | | | | | | | |
| 200. (NEW BUYS 2008) | | | | | | | | | |
| 201. PROGRESS ENERGY, INC. (common stock) | A | Dividend | J | T | Buy | 07-23 | J | | |
| 202. | | | | | | | | | |
| 203. THE SOUTHERN COMPANY (common stock) | A | Dividend | J | T | Buy | 10-23 | J | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. END PORTFOLIO II -- | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. PORTFOLIO III | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. WB FDIC INSURED MONEY MARKET FUND | A | Interest | | | Closed | 10-13 | K | | No gain. |
| 210. | | | | | | | | | |
| 211. LA POLLA INDUSTRIES, INC. (common stock) | | None | | | Sold | 05-08 | J | | No gain. |
| 212. | | | | | | | | | |
| 213. CITIGROUP, INC. (common stock) | | None | | | Sold | 10-07 | J | A | |
| 214. | | | | | | | | | |
| 215. DU PONT E.I. DE NEMOURS AND COMPANY (common stock) | A | Dividend | | | Sold | 10-02 | J | | No gain. |
| 216. | | | | | | | | | |
| 217. HOME DEPOT, INC. (common stock) | A | Dividend | | | Sold | 10-02 | J | | No gain. |
| 218. | | | | | | | | | |
| 219. JPMORGAN CHASE & CO. (common stock) | A | Dividend | | | Sold | 10-02 | J | C | |
| 220. | | | | | | | | | |
| 221. WACHOVIA CORP. (common stock) | A | Dividend | | | Sold | 10-02 | J | | No gain. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. END PORTFOLIO III -- | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. PORTFOLIO IV | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. FIRST FINANCIAL HOLDINGS INCORPORATED (common stock) | A | Dividend | | | Buy (add'l) | 01-31 | J | | |
| 230. | | | | | Sold | 10-01 | K | B | |
| 231. | | | | | | | | | |
| 232. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | K | T | | | | | |
| 233. | | | | | | | | | |
| 234. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 235. | | | | | | | | | |
| 236. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | Buy (add'l) | 07-23 | J | | |
| 237. | | | | | Buy (add'l) | 10-13 | K | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. WB FDIC INSURED MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 240. | | | | | | | | | |
| 241. SUNTRUST BANKS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 242. | | | | | | | | | |
| 243. MERRILL LYNCH AND CO., INC. SR UN SUB RO FA 6.000% | A | Interest | J | T | | | | | |
| 244. (corporate bond) | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. BANKAMERICA CORP. SENIOR NOTES (corporate bond) | A | Interest | J | T | | | | | |
| 247. | | | | | | | | | |
| 248. PIEDMONT NATURAL GAS (common stock) | A | Dividend | J | T | | | | | |
| 249. | | | | | | | | | |
| 250. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 251. | | | | | | | | | |
| 252. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 253. | | | | | | | | | |
| 254. SCANA CORPORTION (common stock) | A | Dividend | J | T | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 257. | | | | | | | | | |
| 258. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 259. | | | | | | | | | |
| 260. DEVON ENERGY CORPORATION CONVERTIBLE DEBENTURES | A | Interest | | | Redeemed | 05-09 | J | C | |
| 261. 4.95%; August 15, 2008 | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 264. | | | | | | | | | |
| 265. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 266. | | | | | | | | | |
| 267. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 268. | | | | | | | | | |
| 269. REGIONS FINANCIAL CORP. (common stock) | A | Dividend | | | Sold | 09-30 | J | | No gain. |
| 270. | | | | | | | | | |
| 271. JPMORGAN CHASE & CO. (common stock) | A | Dividend | J | T | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. UST, INC. (common stock) | B | Dividend | K | T | | | | | |
| 274. | | | | | | | | | |
| 275. CARDINAL HEALTH, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 276. | | | | | | | | | |
| 277. CITIGROUP, INC. (common stock) | | None | | | Sold | 01-04 | J | | No gain. |
| 278. | | | | | | | | | |
| 279. JOHNSON AND JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 280. | | | | | | | | | |
| 281. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 282. | | | | | | | | | |
| 283. FEDEX CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 284. | | | | | | | | | |
| 285. WESTERN UNION CO. (common stock) | | None | | | Sold | 10-01 | J | B | |
| 286. | | | | | | | | | |
| 287. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | | | | | |
| 288. | | | | | | | | | |
| 289. WALGREEN COMPANY (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | | | | |
| 291. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | J | T | | | | | |
| 292. | | | | | | | | | |
| 293. UNITED HEALTH GROUP, INC. (common stock) | A | Dividend | | | Sold | 12-08 | J | | No gain. |
| 294. | | | | | | | | | |
| 295. BP PLC SPONS ADR (common stock) | A | Dividend | J | T | | | | | |
| 296. | | | | | | | | | |
| 297. LOCKHEED MARTIN CORP. (common stock) | A | Dividend | K | T | | | | | |
| 298. | | | | | | | | | |
| 299. CISCO SYSTEMS, INC. (common stock) | | None | J | T | | | | | |
| 300. | | | | | | | | | |
| 301. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 302. | | | | | | | | | |
| 303. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 304. | | | | | | | | | |
| 305. (NEW BUYS 2008) | | | | | | | | | |
| 306. WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | J | T | Buy | 05-20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. UNITED PARCEL SERVICE-B (commn stock) | | None | K | T | Buy | 12-08 | K | | |
| 309. | | | | | | | | | |
| 310. END PORTFOLIO IV | | | | | | | | | |
| 311. | | | | | | | | | |
| 312. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 313. | | | | | | | | | |
| 314. CMC ASSOCIATES (General Partnership) (one-third interest) | D | Rent | L | W | | | | | |
| 315. Columbia, SC Warehouse | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. BANK OF AMERICA, Columbia, SC (personal checking account) | | None | J | T | | | | | |
| 318. | | | | | | | | | |
| 319. PORTFOLIO V | | | | | | | | | |
| 320. | | | | | | | | | |
| 321. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | | | Sold | 05-08 | J | | No gain. |
| 322. | | | | | | | | | |
| 323. LA POLLA INDUSTRIES, INC. (common stock) | | None | | | Sold | 05-08 | J | | No gain. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. WB FDIC INSURED MONEY MARKET F UND | A | Interest | K | T | | | | | |
| 326. | | | | | | | | | |
| 327. CITIGROUP, INC. (common stock) | | None | | | Sold | 01-04 | J | | No gain. |
| 328. | | | | | | | | | |
| 329. HEWLETT PACKARD CO. (common stock) | A | Dividend | K | T | | | | | |
| 330. | | | | | | | | | |
| 331. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 332. | | | | | | | | | |
| 333. BANK OF AMERICA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 334. | | | | | | | | | |
| 335. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 336. | | | | | | | | | |
| 337. SCANA CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 338. | | | | | | | | | |
| 339. SOUTHERN COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | C | |
| 342. | | | | | | | | | |
| 343. WACHOVIA CORPORATION NEW (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 344. | | | | | | | | | |
| 345. AMERICAN INTERNATIONAL GROUP (common stock) | A | Dividend | | | Sold | 05-20 | J | | No gain. |
| 346. | | | | | | | | | |
| 347. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | Buy (add'l) | 06-09 | J | | |
| 348. | | | | | | | | | |
| 349. 3M COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 350. | | | | | | | | | |
| 351. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 352. | | | | | | | | | |
| 353. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 354. | | | | | | | | | |
| 355. WESTERN UNION CO. (common stock) | | None | | | Sold | 10-01 | J | B | |
| 356. | | | | | | | | | |
| 357. FREDDIE MAC (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 360. | | | | | | | | | |
| 361. PATTERSON COMPANIES, INC. (common stock) | | None | | | Sold | 10-01 | J | A | |
| 362. | | | | | | | | | |
| 363. SC TRANSN INFRASTUCTR BK RV A MBIA 5.0% Oct. 1, 2012 | A | Interest | | | Redeemed | 10-01 | J | | No gain. |
| 364. | | | | | | | | | |
| 365. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | K | T | | | | | |
| 366. | | | | | | | | | |
| 367. IBM (common stock) | A | Dividend | J | T | | | | | |
| 368. | | | | | | | | | |
| 369. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 370. | | | | | | | | | |
| 371. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 372. | | | | | | | | | |
| 373. MEDTRONIC, INC. (common stock | A | Dividend | J | T | | | | | |
| 374. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  ARCH COAL, INC. (common stock) | A | Dividend | J | T | | | | | |
| 376. | | | | | | | | | |
| 377.  UNITED HEALTH GROUP, INC. (common stock) | A | Dividend | | | Sold | 10-01 | J | | No gain. |
| 378. | | | | | | | | | |
| 379.  FIRST FINANCIAL HLDG., INC. (common stock) | A | Dividend | | | Sold | 05-20 | J | | No gain. |
| 380. | | | | | | | | | |
| 381.  SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | | | | | |
| 382. | | | | | | | | | |
| 383.  ORACLE CORPORATION (common stock) | | None | K | T | | | | | |
| 384. | | | | | | | | | |
| 385.  MORGAN STANLEY & CO. (common stock) | A | Dividend | | | Sold | 09-18 | J | | No gain. |
| 386. | | | | | | | | | |
| 387.  (NEW BUYS 2008) | | | | | | | | | |
| 388.  CONOCO PHILLIPS (common stock) | A | Distribution | K | T | Buy | 10-13 | K | | |
| 389. | | | | | | | | | |
| 390.  DUPONT E.I. DE NEMOURS (common stock) | A | Dividend | J | T | Buy | 05-20 | J | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. MURPHY OIL CORP. (common stock) | A | Dividend | J | T | Buy | 05-20 | J | | |
| 393. | | | | | | | | | |
| 394. PROGRESS ENERGY, INC. (common stock) | | None | J | T | Buy | 10-23 | J | | |
| 395. | | | | | | | | | |
| 396. STERICYCLE, INC. (common stock) | | None | J | T | Buy | 12-08 | J | | |
| 397. | | | | | | | | | |
| 398. VANGUARD EMERGING MARKETS ETF (common stock) | | None | | | Buy | 05-20 | J | | |
| 399. | | | | | Sold | 10-01 | J | | No gain. |
| 400. | | | | | | | | | |
| 401. END PORTFOLIO V | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/04/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544